# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     v.<br><br>Oswaldo Israel BERNAL-Anaya,<br><br>                      Defendant. | Case No.: 21MJ8322<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C.§ 841(a)(1)<br>Possession of a Controlled Substance with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

**COUNT ONE**

On or about April 20, 2021, within the Southern District of California, defendant, Oswaldo Israel BERNAL-Anaya, did knowingly and intentionally possess with intent to distribute approximately 45.05 kilograms (99.32 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about April 20, 2021, within the Southern District of California, defendant, Oswaldo Israel BERNAL-Anaya, did knowingly and intentionally possess with the intent to distribute approximately 3.05 kilograms (6.72 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Brendan Miller
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st day of April, 2021.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Oswaldo Israel BERNAL-Anaya

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent (SA) Brendan Miller.

On April 20, 2020, United States Border Patrol Agent (BPA) A. Curiel was assigned to the Highway 86 Border Patrol Checkpoint located near Westmorland, California. At approximately 10:20 p.m., BPA Curiel and his K-9, a Human Narcotics Detection Dog (HNDD), were conducting pre-primary screening and BPA J. Munoz was conducting his primary immigration inspection duties when a blue Freightliner semi-truck without a trailer attached approached BPA Curiel's location.

When the blue Freightliner semi-truck approached BPA Munoz's location, BPA Munoz identified himself as a USBPA and asked the driver, later identified as Oswaldo Israel BERNAL-Anaya (BERNAL-Anaya) as to his citizenship. BERNAL-Anaya was the driver and sole occupant of the vehicle and stated he was a Mexican citizen and presented a Border Crossing "B1/B2" visa and a current I-94 permit. During BPA Munoz's immigration inspection, BPA Curiel informed BPA Munoz his HNDD had alerted to the semi-truck. At this time, BPA Munoz asked BERNAL-Anaya for consent to inspect the semi-truck and BERNAL-Anaya replied "Yes'. BPA Munoz instructed BERNAL-Anaya to park his semi-truck in the secondary inspection area for further inspection.

In secondary inspection, BPA Curiel informed BERNAL-Anaya that his HNDD had alerted to the vehicle. Subsequently, BPA Curiel asked BERNAL-Anaya if he was responsible for everything inside of the truck to which BERNAL-Anaya replied "si, yes." BPA Curiel then asked BERNAL-Anaya for consent to search the semi-truck to which BERNAL-Anaya replied "si, yes." BPA Curiel directed BERNAL-Anaya to wait by the benches adjacent to the secondary inspection area. BPA Curiel conducted a second search

utilizing his HNDD. BPA Curiel's HNDD alerted to the driver's side door. While BERNAL-Anaya walked to the seating area adjacent to the secondary inspection area, he freely admitted to BPA Pedro Saldivar that there were packages of drugs inside of the semi-truck. A further inspection of the semi-truck by BPA Curiel resulted in the discovery of several black plastic bags under the sleeper bed containing vacuumed sealed packages. BERNAL-Anaya was escorted inside of the USBP checkpoint for processing.

In total, 83 packages were removed from the semi-truck and taken inside of the checkpoint. BPA Curiel tested 3 packages with a NARK kit, which tested positive for properties of fentanyl. BPA Curiel then took a representative sample of the remaining 80 packages and tested them using a NARK kit, which tested positive for the properties of methamphetamine. BERNAL-Anaya was subsequently placed under arrest.

On the same date, Agents from the Drug Enforcement Administration were notified and subsequently responded to the USBP Highway 86 Checkpoint. At 12:27 a.m. on April 21, 2021, Customs and Border Patrol Agent (CBP) J. Lopez read BERNAL-Anaya his Miranda rights in Spanish, which BERNAL-Anaya stated he acknowledged. BERNAL-Anaya agreed to speak with agents and advised that he knowingly and intentionally transported crystal methamphetamine. BERNAL-Anaya stated he was to be paid $9,600 USD to transport the methamphetamine from Westmorland to Indio.